**FILED**
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2419-IEG |
|---|---|---|
| Plaintiff, | ) | SUPERSEDING INFORMATION |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| ASUNCION LUEVANOS-GARCIA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about July 11, 2008, within the Southern District of California, defendant Asuncion Luevanos-Garcia, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, or attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction for Illegal Entry, in violation of Title 8, United States Code, section 1325, in the United States District Court for

//

```
 1 │ the Southern District of California in June of 1986; all in
 2 │ violation of Title 8, United States Code, Section 1325, a felony.
 3 │    DATED:   9/4/08                          .
 4 │                              KAREN P. HEWITT
   │                              United States Attorney
 5 │
 6 │                              for Christina M. McCall
   │                                  Assistant U.S. Attorney
```