AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **CALIFORNIA**

FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

**ASUNCION LUEVANOS-GARCIA**

## WAIVER OF INDICTMENT

CASE NUMBER: **08CR2419-IEG**

I, **ASUNCION LUEVANOS-GARCIA**, the above named defendant, who is accused of

*Title 8, U.S.C., Section 1325 - Illegal Entry (Felony)*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **9/4/2008** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*ASUNCION LUEVANOS*
Defendant

_____
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd